IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMAR GRIFFIN | : | CIVIL ACTION |
| v. | : | |
| EDWARD KLEM, et al | : | NO. 05-3009 |

### ORDER

ANITA B. BRODY, J.,

AND NOW, this 13TH day of April, 2005, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED.

3. The Motion for Appointment of Counsel is DENIED

4. There is <u>no</u> basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
ANITA B. BRODY, J.

Copies via ECF on ___ to:   Copies via US Mail on ___ to: